**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Morey Parrish, Jr., <br><br>    Plaintiff, <br><br>    v. <br><br> Jo Anne B. Barnhart, Commissioner Social Security Administration, <br><br>    Defendant. | CIV-03-2107-PCT-LOA <br><br> ORDER |

The Court, having considered defendant's Motion for Enlargement of Time Within Which to File a response to Plaintiff's Motion for Award of Attorney's Fees Under 42 U.S.C. § 406 (b) (First Request), and no objection from plaintiff and good cause appearing,

IT IS ORDERED granting defendant's motion and extending the time within which defendant may respond to plaintiff's Motion for Award of Attorney's Fees Under 42 U.S.C. §406 (b)  to and including 18th day of August 2006.

DATED this 19th day of July, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge